In the Matter of the Application of the Executrix of the Estate of CHARLES A. SCHOLL, Deceased, to Compel GEORGE B. KLEIN to Turn over Certain Securities to Her. MARGARET J. SCHOLL, Executrix, Appellant; GEORGE B. KLEIN, Claim-

ant, Respondent.— Decree unanimously affirmed, without costs. Present —
Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.